**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

Eddie Spiller, #227632

        Plaintiff,

v.

Stieve, et al.

        Defendants.

Case No: 1:19-cv-00533
District Judge: Janet T. Neff
Magistrate Judge: Sally J. Berens

EXCOLO LAW, PLLC
Solomon M. Radner (P73653)
Madeline M. Sinkovich (P82846)
Attorney for Plaintiff
26700 Lahser Road, Suite 401
Southfield, MI 48033
(866) 939-2656
sradner@excololaw.com
msinkovich@excololaw.com

MICHIGAN DEPT. OF ATTORNEY GENERAL
Neil A. Giovanatti (P82305)
Attorney for Jeffrey Stieve;
and William Borgerding
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
giovanattin@michigan.gov

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A.,
LL.M. (P37603)
Jonathan C. Lanesky (P59740)
Attorneys for Defendants Corizon Health, Inc.;
Penny Rogers, N.P.; Keith Papendick, M.D.;
and Jeffrey Bomber, D.O.
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
jlanesky@chapmanlawgroup.com

TANOURY, NAUTS, MCKINNEY & BARBARINO, PLLC
Cullen B. McKinney (P49757)
Thomas P. Sullivan (P74011)
Attorneys for James Blessman
38777 Six Mile Rd., Ste. 101
Livonia, MI 48152
(313) 964-4500

**HIPAA DISCLOSURE ORDER AND/OR QUALIFIED PROTECTIVE ORDER**

At a session of said Court held in the
U.S. Federal Western District Courthouse,
City of Grand Rapids, State of Michigan
on _____
PRESENT: HONORABLE:

_____
U.S. DISTRICT COURT JUDGE

2

This matter having come before the Court on Defendants CORIZON HEALTH, INC.; KEITH PAPENDICK, M.D.; PENNY ROGERS, R.N..; and JEFFREY BOMBER, D.O.'s Motion, and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE:**

**IT IS HEREBY ORDERED** that Plaintiff's examining, testing and/or treating doctors, nurses and other medical personnel may discuss his medical conditions and treatment with counsel for the Defendants; however, the decision to do so lies with the doctors, nurses and other medical personnel and is not compelled by this order.

**IT IS FURTHER ORDERED** that counsel for the Defendants are prohibited from using any such discussed or provided health care information for any purpose other than as a part of the present litigation.

**IT IS FURTHER ORDERED** that upon completion of the present litigation, counsel for the Defendants shall destroy any copies of any documentary health care information received from any health care provider pursuant to this Order and any original materials shall be returned to the provider.

_____
U.S. DISTRICT COURT JUDGE

**STIPULATED AND AGREED:**

/s/ *Solomon M. Radner w/ permission*
Solomon M. Radner (P73653)
Attorney for Plaintiff

/s/ *Jonathan Lanesky*
Jonathan Lanesky (P59740)
Attorney for Corizon Defendants

*/s/ Neil A. Giovanatti w/ permission*
Neil A. Giovanatti (P82305*)*
*Attorney for Defendants* Jeffrey Stieve;
and William Borgerding

*/s/Cullen B. McKinney w/ permission*
Cullen B. McKinney (P49757)
Attorney for James Blessman

2